*ics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). Having carefully reviewed the record and considered Marlin's arguments, we find no basis for reversal. *See Popoalii v. Corr. Med. Servs.,* 512 F.3d 488, 499 (8th Cir.2008) (standard of review). However, the claims against defendant E. Taylor arose from alleged failures that occurred shortly before the instant lawsuit was filed, and thus Marlin could not have administratively exhausted those claims before filing suit and dismissal was required. *See Johnson v. Jones,* 340 F.3d 624, 626–28 (8th Cir.2003). Accordingly, we affirm, but we revise the dismissal of the claims against defendant Taylor to be without prejudice. *See* 8th Cir. R. 47B. We also deny Marlin's motion for appointment of counsel.

Paul E. Welch, Clarinda, IA pro se.

Kristin Wright Ensign, Attorney General's Office Hoover Building, Des Moines, IA, for Appellees.

Before MURPHY, COLLOTON, and SHEPHERD, Circuit Judges.

**PER CURIAM.**

Iowa inmate Paul Welch appeals the district court's [1] dismissal of his 42 U.S.C. § 1983 action following an evidentiary hearing. Having carefully reviewed the record and considered Welch's arguments, we find no basis for reversal. *See Choate v. Lockhart,* 7 F.3d 1370, 1373 & n. 1 (8th Cir.1993) (standard of review). Accordingly, we affirm. *See* 8th Cir. R. 47B.

**Paul E. WELCH, Appellant,**

v.

**Mat MANNING, Correctional Officer; Brian Neitzel, Correctional Officer; Andrea Wright, Grievance Officer; Charlie Higgins, Warden; Lt. Keller, Appellees.**

No. 063869.

United States Court of Appeals, Eighth Circuit.

Submitted: June 26, 2008.

Filed: June 30, 2008.

**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Fernando ESPINOZA, Defendant–Appellant.**

No. 08–1032.

United States Court of Appeals, Eighth Circuit.

Submitted: June 10, 2008.

Filed: June 30, 2008.

1. The Honorable Ronald E. Longstaff, United States District Judge for the Southern District of Iowa, adopting the report and recommendations of the Honorable Ross A. Walters, United States Magistrate Judge for the Southern District of Iowa.